UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JON DORSEY,

    Plaintiff,

v.                                        Case No.:  8:20-CV-0746-T-24JSS

FREIGHTCENTER, INC., MATTHEW
BROSIOUS, ALI CHOINIERE, AMY
VAN NESS, and JAMIE SMITH,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Pursuant to Local Rule 3.08(a) and Paragraph 12 of the Amended Case Management and Scheduling Order (Doc. 46), Plaintiff, Jon Dorsey, and Defendants, FreightCenter, Inc., Matthew Brosious, Ali Choiniere, Amy Van Ness, and Jamie Smith, notify the Court that the parties have resolved this matter.  The parties request 60 days to finalize all settlement documents before filing any motion to approve the settlement and a stipulation for dismissal with prejudice.

Dated: January 5, 2021

*/s/ Matthew A. Crist*
Matthew A. Crist, FBN 0035539
cristm@cristlegal.com
**CRIST LEGAL |PA**
2904 West Bay to Bay Boulevard
Tampa, FL 33629
Telephone: (813) 575-5200
Facsimile: (813) 575-2520

*/s/ William J. Cantrell*
William J. Cantrell, FBN 0103254
wcantrell@cantrellpllc.com
James E. Fakhoury, FBN 0118644
jfakhoury@cantrellpllc.com

*/s/ Jason P. Stearns*
Jason P. Stearns    Florida Bar No. 059550
Ian J. Dankelman   Florida Bar No. 112439
**FREEBORN & PETERS LLP**
201 N. Franklin Street, Suite 3550
Tampa, Florida 33602
Telephone:  (813)488-2920
Facsimile:   (813) 488-2960
Email:  jstearns@freeborn.com
         idankelman@freeborn.com
         ckitchell@freeborn.com
         daigotti@freeborn.com
***Attorneys for Defendants***

5546133v1/32557-0011

**CANTRELL, PLLC**
111 2nd Avenue NE, Suite 1100
St. Petersburg, FL 33701
Telephone: (813) 867-0115
Facsimile: (813) 867-0116
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2021, a true and correct copy of the foregoing *Notice of Settlement* was filed using the Court's CM/ECF filing system, which will provide notice to all counsel of record.

> */s/ Jason P. Stearns*
> Jason P. Stearns